## LAKE SHORE ELECTRIC RY CO v P U C

Ohio Supreme Court

No 23256.   Decided March 23, 1932

Marshall, CJ, Jones, Matthias, Day, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## HALDEMAN, Admr v PACE

Ohio Supreme Court

No 23035.   Decided March 23, 1932

Marshall, CJ, Jones, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## McGOWAN v RISHEL

Ohio Supreme Court

No 23204.   Decided March 23, 1932

Jones, Matthias, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**